**United States District Court**
For the Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5

PAUL BENSI, ET AL.,                           Case No.  C11-02184 JCS

6

                    Plaintiff(s),            **ORDER DENYING IN PART
STIPULATION TO MODIFY AMENDED**

7

        v.                                   **CASE MANAGEMENT AND PRETRIAL
ORDER TO EXTEND DISCOVERY AND**

8

CALIFORNIA SPRAY DRY CO LLC,                 **DISPOSITIVE MOTION DEADLINES
[Docket No. 40]**

9

                    Defendant(s).
_____/

10

11

    IT IS HEREBY ORDERED that the Stipulation to Modify Amended Case Management and

12

Pretrial Order to Extend Discovery and Dispositive Motion Deadlines (the "Stipulation"), is

13

GRANTED IN PART AND DENIED IN PART.

14

    The Stipulation is GRANTED IN PART as to the extension of discovery deadline dates.

15

    The Stipulation is DENIED as the proposed dispositive motion hearing date of October 19,

16

2012, is less than thirty (30) days from the final pretrial conference date of November 16, 2012.  The

17

Court would entertain a new proposed schedule where the reply brief on any dispositive motion

18

must be filed not less than four (4) weeks before the hearing date, the hearing date is not less than

19

ninety (90) days before the final pretrial conference, and a continuance of the final pretrial

20

conference and bench trial dates.

21

    IT IS SO ORDERED.

22

23

24

Dated: May 24, 2012

25

_____
JOSEPH C. SPERO
United States Magistrate Judge

26

27

28