UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, ET AL.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CALIFORNIA SPRAY DRY CO LLC,<br><br>　　　　Defendant(s). | Case No.  C11-02184 JCS<br><br>**ORDER DENYING IN PART STIPULATION TO MODIFY AMENDED CASE MANAGEMENT AND PRETRIAL ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES [Docket No. 40]** |

　　　　IT IS HEREBY ORDERED that the Stipulation to Modify Amended Case Management and Pretrial Order to Extend Discovery and Dispositive Motion Deadlines (the "Stipulation"), is GRANTED IN PART AND DENIED IN PART.

　　　　The Stipulation is GRANTED IN PART as to the extension of discovery deadline dates.

　　　　The Stipulation is DENIED as the proposed dispositive motion hearing date of October 19, 2012, is less than thirty (30) days from the final pretrial conference date of November 16, 2012.  The Court would entertain a new proposed schedule where the reply brief on any dispositive motion must be filed not less than four (4) weeks before the hearing date, the hearing date is not less than ninety (90) days before the final pretrial conference, and a continuance of the final pretrial conference and bench trial dates.

　　　　IT IS SO ORDERED.

Dated: May 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge